■ In the Matter of MITCHEL LUBMAN et al., Respondents, v. RICHARD W. BREVOORT et al., Appellants, et al., Respondents.—In a proceeding to invalidate petitions designating appellants, Richard W. Brevoort and Honora M. Libardi, as candidates in the Republican Party Primary Election to be held on June 23, 1970 for the Party position of Member of the State Committee, Male and Female respectively, for the 40th Assembly District, Kings County, the appeal is from a judgment of the Supreme Court, Kings County, entered June 5, 1970, which invalidated said designating petitions. Judgment affirmed, wtihout costs. No opinion. Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

■ In the Matter of CORNELIUS C. MAGINN, Appellant, v. EVERETT F. McNAB et al., Constituting the Board of Elections of the County of Suffolk, and MARCIA A. MERRILL et al., Respondents.— In a proceeding to invalidate the certificates filling vacancies after declination, which designated respondents Marcia A. Merrill, Pauline Padula, John T. Merrill and Guido Padula as candidates in the Conservative Party Primary Election to be held on June 23, 1970 for the Party positions of County Committeemen in the Town of Brookhaven, 1st and 24th Election Districts, 2d Assembly District, County of Suffolk, the appeal is from a judgment of the Supreme Court, Suffolk County, entered June 4, 1970, which directed the respondent Board of Elections to place the names of said respondent candidates in the appropriate districts pursuant to said certificates. Judgment affirmed, without costs. No opinion. Christ, P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.

■ In the Matter of BARRY M. McCOY, Respondent, v. EVERETT F. McNAB et al., Constituting the Board of Elections of the County of Suffolk, Appellants and DOLORES FLETCHER, Respondent.— In a proceeding to validate petitions designating petitioner, Barry M. McCoy, as a candidate in the Democratic Party Primary Election to be held on June 23, 1970 for the Party position of Member of the County Committee for 121st Election District of the Town of Brookhaven, Suffolk County, the appeal is from a judgment of the Supreme Court, Suffolk County, entered June 5, 1970, which granted the application. Judgment affirmed, without costs. No opinion. Rabin, Acting P. J., Munder and Benjamin, JJ., concur; Martuscello and Latham, JJ., dissent and vote to reverse the judgment and dismiss the proceeding (Matter of Crosbie v. Cohen, 281 N. Y. 329).

■ In the Matter of THERESE D. SILLER, Appellant, v. WILLIAM D. MEISSER et al., Constituting the Board of Elections of the County of Nassau, et al., Respondents.— In a proceeding to validate petitions designating appellant as a candidate in the Republican Party Primary Elections to be held on June 23, 1970 for nomination for the public office of State Senator for the 4th Senatorial District, Nassau County, the appeal is from a judgment of the Supreme Court, Nassau County, dated June 11, 1970, which denied the application. Judgment affirmed, without costs. No opinion. Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.